Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Loewe, S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOEWE, S.A.,<br><br>*Plaintiff*<br><br>v.<br><br>AMKT-DIRECT, CCCXXX3, CHUANGTONGXINRUISHUMASHANGHANG, DLJBHD, DMINIY S, HOMEYU, HUBEISHENGZHANGZHIMINBAIHUODIANA, L0EWE-US, LIXINSHANGMAOYOUXIANGONGSI, LOEWEUS-SHOP, MOONLIT PATH JEWELRY, MOTHGEL, MYFASHIONE, PANGXIETUI, PRARA。, SDLCC MIND, TENGROU BAG, WJJBHD, WUDFUME-US, YIWUSHIDONGZEMAOYIYOUXIANGONGSI and ZJKJTBL,<br><br>*Defendants* | **24-cv-4006 (ER)**<br><br>**UNSEALING ORDER** |

1

2

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this __20th__ day of ____June____, 2024
New York, New York

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE