

**EPSTEIN DRANGEL LLP**
60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

## MEMO ENDORSED

Plaintiff's request for an extension of time to file its motion for default judgment to December 13, 2024 is granted.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: November 13, 2024
New York, New York

November 12, 2024

<u>VIA ECF</u>
Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

      **Re:**    *Loewe, S.A. v. Amkt-Direct, et al.,*
                **Civil Case No. 24-cv-4006**
                <u>**Status Letter**</u>

Dear Judge Ramos,

      We represent Plaintiff Loewe, S.A. ("Plaintiff") in the above-referenced matter (the "Action").[1] On September 19, 2024, the Court entered an Order directing Plaintiff to file its Motion for Default Judgment by no later than November 15, 2024. (Dkt. 22). Plaintiff respectfully requests an extension of time, until December 13, 2024, to file its Motion for Default Judgment. In accordance with Your Honor's Individual Practices, Plaintiff respectfully submits the following:

1. <u>**Original Date**</u>: November 15, 2024
2. <u>**The number of previous requests for extension**</u>: None, this is Plaintiff's first request for an extension of time to file its Motion for Default Judgment.
3. <u>**Whether the previous requests were granted or denied**</u>: N/A
4. <u>**The reason for the instant request**</u>: Plaintiff respectfully requests an extension of time so that it can continue engaging in the settlement discussions it is having with several of the Defendants remaining in the Action.
5. <u>**Whether the adversary consents, and, if not, the reasons given by the adversary for refusing to consent**</u>: All of the Defendants remaining in this Action are currently in default, thus Plaintiff did not seek their consent.

      We thank the Court for its time and attention to this matter.

                          Respectfully submitted,

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.

Hon. Edgardo Ramos
November 12, 2024
Page 2 of 2

**EPSTEIN DRANGEL LLP**

BY: s/ Gabriela N. Nastasi
Gabriela N. Nastasi
gnastasi@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Loewe, S.A.*

