UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOEWE S.A.,

Plaintiff,

*-against-*

AMKT-DIRECT, *et al*.,

Defendants.

**ORDER**

24-cv-04006 (ER)

RAMOS, D.J.:

Loewe S.A. filed this trademark infringement action in May 2024. Doc. 5. After the Court entered a final default judgment and permanent injunction order, the case was closed on January 30, 2025. Doc. 36. Upon Loewe's motion, the Court then reopened the case and directed the turnover of certain assets on February 5, 2025. Doc. 41. Since then, there has not been any activity in this case. Loewe is therefore directed to file a status letter by October 15, 2026, indicating whether it objects to the closure of the case.

It is SO ORDERED.

Dated: October 9, 2026
New York, New York

EDGARDO RAMOS
United States District Judge